977 So.2d 944 (2008)
Jean BOUDREAUX, et al.
v.
The STATE of Louisiana, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, et al.
No. 2008-CC-0240.
Supreme Court of Louisiana.
March 24, 2008.
In re Boudreaux, Jean et al.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Tangipahoa, 21st Judicial District Court Div. A, No. 71,408; to the Court of Appeal, First Circuit, No. 2007 CW 1716.
Not considered; not timely filed. See State v. Crandell, 05-1060 (La.3/10/06), 924 So.2d 122; Morris v. Stueben, 01-0137 (La.1/26/01), 781 So.2d 1220.